UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIO CORPORAN, | ) | CASE NO. 4:07CV3657 |
| Petitioner | ) ) ) | JUDGE CHRISTOPHER A. BOYKO |
| -vs- | ) ) ) | |
| FEDERAL BUREAU OF PRISONS, et al., | ) ) ) | JUDGMENT ENTRY |
| Respondents. | ) | |

This court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed without prejudice pursuant to 28 U.S.C. § 2243. Further, the court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

 s/Christopher A. Boyko
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

February 5, 2008